JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BRIAN C. LEWIS  (ILBN 6286715)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Facsimile:   (415) 436-7234
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CLEOPHUS FULLER, ) <br> ) <br>    Defendant. ) <br> _____ ) | No. CR 09-1031 VRW <br><br> [~~PROPOSED~~] ORDER EXCLUDING TIME FROM NOVEMBER 12, 2009 TO DECEMBER 10, 2009 |

Vaughn R Walker

    The parties appeared before the Honorable ~~Vaugh R. Walker~~ on November 12, 2009. With the agreement of counsel for both parties, the Court found and held as follows:

    1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November 12, 2009 to December 10, 2009.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

ORDER EXCLUDING TIME
CR 09-1031 VRW

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from November 12, 2009 to December 10, 2009, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 12, 2009 to December 10, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: November 12, 2009

/s/
JODI LINKER
Counsel for Cleophus Fuller

DATED: November 12, 2009

/s/
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 11/13/2009

VAUGHN R. WALKER
Chief Judge
Northern District of California

*IT IS SO ORDERED*
*Judge Vaughn R Walker*
*United States District Court, Northern District of California* (seal)

ORDER EXCLUDING TIME
CR 09-1031 VRW                                    -2-