```
JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Facsimile:   (415) 436-7234
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-1031 VRW |
| Plaintiff, ) | |
| v. ) | [~~PROPOSED~~] **ORDER RESCHEDULING SENTENCING FROM APRIL 29, 2010 TO MAY 13, 2010** |
| CLEOPHUS FULLER, ) | |
| Defendant. ) | |

On January 21, 2010, the parties appeared before the Honorable Charles R. Breyer, and the defendant pled guilty to Count I of the captioned indictment. At that time, sentencing was set for April 29, 2010. However, government counsel has recently learned that he will be traveling out of state and unavailable on that date. As such, with the agreement of counsel for both parties, the U.S. Probation Officer, and the defendant, the Court now finds as follows:

The parties agree to reschedule the sentencing set in this case to Thursday, May 13, 2010

//

//

//

//

ORDER RESCHEDULING SENTENCING
CR 09-1031 VRW

1  at 2:00 p.m.  The previous sentencing date is vacated.

3          IT IS SO STIPULATED.

5  DATED: March 26, 2010                              /s/
                                            JODI LINKER
6                                           Counsel for Cleophas Fuller

8  DATED: March 26, 2010                              /s/
                                            BRIAN C. LEWIS
9                                           Assistant United States Attorney

10         IT IS SO ORDERED.

13  DATED: March 30, 2010
                                            _____
14                                          VAUGHN R WALKER
                                            United States District Chief Judge
15                                          Northern District of California

ORDER RESCHEDULING SENTENCING
CR 09-1031 VRW                              -2-